[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12648
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 29, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00030-CR-002-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS DEVALE OLIVER,
a.k.a. Black Boy Oliver,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(November 29, 2007)**

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Rick D. Collum, Esq., appointed counsel for Marcus Devale Oliver, has filed

a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merits of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, and therefore, counsel's motion to withdraw is **GRANTED**, and Oliver's conviction and sentence are **AFFIRMED**.